IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02358-MEH

ASSAD IBRAHIM, individually and in his capacity as Father and Next Friend of minor H.A.M.,

     Plaintiff,

v.

DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, d/b/a Lufthansa German Airlines,

     Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 10, 2015**.

     In light of the Plaintiff's statement in his reply brief that he "hereby withdraws his motion for remand to State district court" (docket #18), Plaintiff's Motion for Remand to State District Court [filed October 28, 2015; docket #11] is **withdrawn**.