IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02358-MEH

ASSAD IBRAHIM, individually and in his capacity as Father and Next Friend of minor H.A.M.,

    Plaintiff,

v.

DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, d/b/a Lufthansa German Airlines,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2016**.

    Plaintiff's Motion for Leave to Amend Complaint, and For Acceptance of Contemporaneously-Filed Amended Complaint [filed February 1, 2016; docket #25] is **denied without prejudice** for Plaintiff's failure to comply with D.C. Colo. LCivR 15.1(b). In addition, the Plaintiff's motion and attached proposed amended pleading fail to comply with D.C. Colo. LCivR 10.1(e).